Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 3 1 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No. **1 : 25 -CV- 0 4 5 2**

*(to be filled in by the Clerk's Office)*

Shareif Naheem Adamu
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If
the names of all the plaintiffs cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

-v-

See Attached
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Shareif Naheem Adamu |
| Street Address | 420 courtland st. ne |
| City and County | Atlanta, Fulton |
| State and Zip Code | Ga, 30308 |
| Telephone Number | 470 404 9588 |
| E-mail Address | shareif.adamu@gmail.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

    Name      _See attached_

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name      _See attached_

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name      _See attached_

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name      _See attached_

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* Shurcit  Naheem  Adamu , is a citizen of the State of *(name)* Georgia .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* See attached , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)* See attached , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):* See attached

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

---

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)* See attached , at *(place)* See attached                                                    ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

See attached

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

See attached

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  See attached

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        January 30, 2025

Signature of Plaintiff        Shueif Adamu
Printed Name of Plaintiff        Shureif Adamu

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

1.

B.

Names Officer Livsey Officer Bowe

Date August 25th 2015

Location 4532 Mossey dr. Lithonia GA 30328

Names Sandy Springs Police

Date 2018, 2019

Location Georgia

Names Gwinnett County Police

Date December 16 2014

Location 64 Sugarloaf Pkwy Duluth, GA

Names Michael Curtis

Date March 6th 2014

Location Russel st and Rison ave Huntsville, AL

Names Jeremy Hannah Corey Morgan

Date February 24th 2014

Location King's Inn

Names Tallahassee Police

Date 2016

Location Florida

2.

B.

Officer Livsey Officer Bowe

Georgia

Sandy Springs Police

Georgia

Gwinnett County Police

Georgia

Michael Curtis

Alabama

Jeremy Hannah Corey Morgan

Alabama

Tallahassee Police

Florida

C.3,000,000.000(Three million) dollars long-term disability. I have seizure disorder, bipolar schizophrenia disorder, and anxiety disorder

III.I have Constitutional Rights that have been violated.It's a personal injury from Police Brutality. I have medical records. I am legally mentally incompetent since 2013

1. Rights under the Fourteenth Amendment

2. Rights under the Eighth Amendment

3. Rights under the Fifth Amendment

GEORGIA

Dekalb - Police unlawfully entered my bedroom and used excessive force questioning me first and arrested me without respecting my side of the story.

CASE NUMBER

2015-Dekalb

15C86131

GEORGIA

Fulton - Police made a false arrest, arresting me without hearing my side of the story

CASE NUMBER

Fulton

2018-18CR010628Y

2019-19SC165443

GEORGIA

Gwinnett - Police made a false arrest, making false accusations

CASE NUMBER

2014-Gwinnett

14-08040-S3

ALABAMA

Huntsville - A police officer punched me in the face

CASE NUMBER

2014-Huntsville

CC2015000326

ALABAMA

Albertville - A police officer shot me in the back

CASE NUMBER

2014-Albertville

MC14-87

MC14-88

MC14-89

FLORIDA

Tallahassee - A police officer threw a punch at me trying to cause bodily harm

CASE NUMBER

2016-Tallahassee

2016CF1321

2016CF3770

The confinement was both cruel and unjust the arrest was immoral did no provide special accommodations for medical condition(s) the confinement presented so much maltreatment the arrest was unlawful

IV.Suffering physical and/or psychological injuries

-Circuit Court

\*\*

DEON D. Jones

V.

U.S.

• The jury found that Los Angeles Police officer used excessive Force in violation of Mr. Jones' Fourth Amendment rights under the US Constitution when the officer shot

Mr. Jones with in the Face a rubber bullet

< A police officer punched

me in the Face

the

Plaintiff shows

that the official violated

clearly established statutory

or constitutional rights of

which a reasonable person

would have known."

• Evidence presented at trial, such

as a video tape

The Fourth Amendment

Protects people from

Unreasonable Searches and

Seizures by the government.

Thompson

V.

Clark

"In order to justify their Force and the injuries they had caused to Mr. Thompson an officer Falsely reported that Mr. Thompson was the

aggressor and violently resisted the officers.

< A police officer threw a punch at me trying to cause bodily harm